# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CORDERRIUS WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:18-cv-02064-KOB-HNJ |
| CAPTAIN MALONE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 12, 2019, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 10). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. In accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 2nd day of January, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE